## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Carol Ann FLETCHER, Respondent.

No. 445 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 5, 1998.

### ORDER

PER CURIAM:

AND NOW, this 5th day of August, 1998, there having been filed with this Court by Carol Ann Fletcher her verified Statement of Resignation dated June 23, 1998, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Carol Ann Fletcher be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

## COMMONWEALTH of Pennsylvania, Respondent,

v.

## Peter CHIAPPINI, Petitioner.

Supreme Court of Pennsylvania.

Aug. 14, 1998.

### ORDER

PER CURIAM

AND NOW, this 14 th day of August 1998, the Petition for Allowance of Appeal is GRANTED limited to:

1) Whether the trial court erred in admitting the testimony of Denise Chiappini, who was Petitioner's wife at the time of events to which she testified.

2) Whether Petitioner should have received credit towards his sentence for the 518 days that he served in an electronic monitoring/home confinement program, which was a mandatory condition of his bail.